

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 22, 2019

**BY ECF**

The Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/19

Re: *United States v. Rudy Acosta*, **19 Cr. 848 (NRB)**

Dear Judge Buchwald:

Yesterday, a grand jury returned the above-captioned indictment, and it was wheeled out to Your Honor. After conferring with defense counsel and Chambers regarding availability, the Government respectfully requests arraignment be scheduled during one of the following time windows:

- Tuesday, December 3, 2019, any time between 3:15 and 4:00
- Wednesday, December 4, 2019, any time between 2:30 and 4:00

In addition, the Government respectfully requests that, in the interest of justice, time be excluded under the Speedy Trial Act between the date of this letter and the date of the arraignment. *See* 18 U.S.C. § 3161(h)(7). During this time, the Government expects to work on preparing and producing discovery to defense counsel, John Zach, Esq., and to continue discussions with counsel about a potential disposition of the matter. The undersigned has communicated with Mr. Zach, who consents to this request.

Respectfully,

Frank J. Balsamello / Sarah Krissoff /
Dominic Gentile
Assistant United States Attorney
(212) 637-2325 / -2232 / -2567

*Handwritten note: The conference is set for December 3, 2019 at 3:15. Speedy trial time excluded.*

*Signed: Naomi Reice Buchwald, USDJ, 11/25/19*

cc: John Zach, Esq., *counsel for defendant Rudy Acosta* (via ECF)