

JOHN T. ZACH
Tel.: (212) 303-3648
E-mail: jzach@bsfllp.com

April 16, 2020

**VIA ECF**
Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted.

[Signature]
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Re:  **United States v. Acosta, 19 Cr. 848 (NRB)**

Dear Judge Buchwald:

Dated:  April 16, 2020

      We represent Mr. Rudy Acosta in the above-captioned case.  We respectfully write to request that the Court adjourn the current motions schedule *sine die*.  Mr. Acosta has accepted a plea offer in this matter and the Pretrial Motion Schedule currently provides for motions to be filed on April 17, 2020.  The parties have been working to set up a plea hearing in Magistrates Court and will continue to do so.  The Government consents to this request.

      Thank you for your consideration.

                          Respectfully submitted,

                          _____/s/_____
                          John T. Zach
                          Benjamin Homes

cc:      All counsel of record (via ECF)

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com