

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 5, 2020

**BY ECF**

The Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

So ordered.  Plea scheduled for May 18, 2020 at 12:00pm.  Dial-in information will be posted on ECF on the date of the conference.  Speedy trial time excluded until May 18, 2020

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: May 15, 2020

Re:   *United States v. Rudy Acosta*, 19 Cr. 848 (NRB)

Dear Judge Buchwald:

A status conference is currently scheduled in this case for May 15, 2020.  After communicating with defense counsel, John Zach, Esq., and the Court's Chambers, the Government understands that the defendant is prepared to enter a guilty plea and that the Court and parties are available hold that proceeding on Monday, May 18, 2020 at 10:30 a.m.

The Government respectfully requests that, in the interest of justice, time be excluded under the Speedy Trial Act between May 15, 2020 and the date of the plea hearing, which is expected to be May 18, 2020.  *See* 18 U.S.C. § 3161(h)(7).  Because this brief adjournment is to afford the Court and Bureau of Prisons time to arrange for the defendant's appearance under COVID-19 procedures, so that he may enter a plea pursuant to an agreement acceptable to both parties, the Government respectfully submits that it is in the interests of justice.  Mr. Zach has conveyed that the defense consents to this request.

Respectfully,

*[signature]*

Frank J. Balsamello / Sarah Krissoff /
    Mathew Andrews
Assistant United States Attorney
(212) 637-2325 / -2232 / -6526

cc:   John Zach, Esq., *counsel for defendant Rudy Acosta* (via ECF)